UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATERAL RECOVERY LLC,

                Plaintiff,

-against-

PREFERRED CAPITAL LLC, et al.,

                Defendants.

1:22-cv-10447 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS Plaintiff and Defendant Preferred Capital LLC jointly request an adjournment of today's initial pretrial conference.

    IT IS HEREBY ORDERED that the initial pretrial conference previously scheduled for today at 2 p.m. is adjourned to **Thursday, August 24, 2023 at 11:30 a.m.** in Courtroom 20B.

Dated: August 21, 2023
       New York, New York

                              SO ORDERED.

                              JENNIFER L. ROCHON
                              United States District Judge