**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LATERAL RECOVERY LLC et al.,

                        Plaintiff,

      -against-                            22 **CIVIL** 10447 (JLR)

                                                **<u>JUDGMENT</u>**

PREFERRED CAPITAL LLC et al.,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed dated January 25, 2024, Defendant Yisroel Weinstein is DISMISSED with prejudice. The remaining defendants are dismissed without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      January 25, 2024

                                                **RUBY J. KRAJICK**

                                                    Clerk of Court
                       **BY:**

                                                    **Deputy Clerk**